BERTHA G. LEVINE, on Behalf of Herself and All Other Creditors of the Estate of LOUIS L. GREY, Deceased, Respondent, v. HAROLD N. GREY, Appellant.— Action to recover the proceeds of a life insurance policy and to set aside the change of beneficiary therein as in fraud of creditors. Defendant appeals from orders granting plaintiff's motion to strike out certain denials and defenses in the answer and denying his motion to direct plaintiff to furnish a further bill of particulars. Orders, insofar as appealed from, affirmed, with one bill of $10 costs and disbursements. No opinion. Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.